AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>ADEDEJI AJALA,<br><br>*Defendant* | )<br>)  Case No. RDB-14-0441<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ADEDEJI AJALA
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Import Heroin, 21 U.S.C. § 963
Conspiracy to Distribute and Possession with Intent to Distribute Heroin, 21 U.S.C. § 846
Attempted Possession with Intent to Distribute Heroin, 21 U.S.C. § 846
Assaulting Federal Officer, 18 U.S.C. § 111

Date: Sept 23, 2014

*Issuing officer's signature*

City and state: Baltimore, MD          Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/23/2014, and the person was arrested on *(date)* 09/16/2014
at *(city and state)* BALTIMORE, MD                                                                   (Complaint)

Date: 09/26/2014                    _____ For HSI
                                    *Arresting officer's signature*

                                    S/A Douglas Rechtin
                                    *Printed name and title*